1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYRELL LEE, ) | |
| ) | No. CV13-7818-DMG(AS) |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | **JUDGMENT** |
| AMY MILLER, Warden, ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____ ) | |

    Pursuant to the Order Accepting Findings, Conclusions and
Recommendations of United States Magistrate Judge,
*///*

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: December 8, 2014

```
                              _____
                                    DOLLY M. GEE
                              UNITED STATES DISTRICT JUDGE
```